```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____  :
ROBERT EDWARD WHITESIDE,         :
                                 :
            Petitioner,          :   Civ. No. 20-5544 (NLH)
     v.                          :
                                 :         MEMORANDUM ORDER
FORT DIX FEDERAL PRISON,         :
                                 :
            Respondent.          :
_____ :

APPEARANCES:

Robert Edward Whiteside
59278-056
Fort Dix Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 2000
Joint Base MDL, NJ 08640

     Petitioner Pro se

Craig Carpenito, United States Attorney
Elizabeth Ann Pascal, Assistant United States Attorney
Office of the U.S. Attorney
401 Market Street
P.O. Box 2098
Camden, NJ 08101

     Counsel for Respondent

HILLMAN, District Judge

     WHEREAS, Petitioner Robert Edward Whiteside brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 asking to be released to home confinement due to the coronavirus COVID-19 pandemic, see ECF No. 1; and

WHEREAS, the United States opposes the petition, ECF No. 16; and

WHEREAS, on November 2, 2020, Petitioner filed a letter with the Court stating the Bureau of Prisons transferred 60 inmates from FCI Elkton to FCI Fort Dix.  ECF No. 23.  FCI Elkton was identified by Attorney General William Barr as being particularly hard-hit by COVID-19, Memorandum for Director of Bureau of Prisons, Apr. 3, 2020, available at https://www.justice.gov/file/1266661/download (last visited Nov. 2, 2020) ("April 3 Memorandum"); and

WHEREAS, Petitioner reports that the prisoners from Elkton were placed in a unit that later had 10 inmates test positive for COVID-19, ECF No. 23 at 2; and

WHEREAS, Petitioner states 4 Elkton inmates were transferred into Petitioner's unit, id.,

Therefore, IT IS on this  3rd   day of November, 2020,

ORDERED that the United States is directed to respond to Petitioner's letter, ECF No. 23, within 7 days.  The response shall contain the status of FCI Fort Dix's safety measures, actions taken to counteract and mitigate the spread of the coronavirus, updated number of positive cases, and the actions taken in regards to the arrivals from FCI Elkton; and it is finally

ORDERED that the Clerk shall serve a copy of this Order on Petitioner by regular U.S. mail.

                                                                               s/ Noel L. Hillman

At Camden, New Jersey                        NOEL L. HILLMAN, U.S.D.J.