## LAW OFFICE OF GILBERT J. SCUTTI
31 Station Avenue
Somerdale, NJ 08083
gjsesq@gmail.com

| | |
|---|---|
| Member of New Jersey (No. 039441990) | Ph/Fax: (856) 751-5300 |
| & Pennsylvania Bar (No. 10037) | Cell:    (609) 870-5427 |

January 19, 2021                                                                 via electronic transmission

Honorable Noel L. Hillman
United States District Judge
4th & Cooper Sts.
Camden, NJ

      Re:   Whiteside v. Fort Dix, Civil No. 20-5544 (NLH)

Dear Judge Hillman:

On January 11, 2021, Your Honor appointed me to represent Robert Whiteside in the above-captioned habeas case.

Last Friday, I searched the docket for Mr. Whiteside's underlying criminal case to see if I could mine arguments that would support his petition.

In the process, I came across information that I believe I am required to disclose as an officer of the court and an attorney bound by RPC 3.3 (Candor Toward The Tribunal). Specifically, in reviewing the docket in USA v. Whiteside, 5:15-cr-00126-D-1 (E.D.N.C.), I learned that on January 6th of this year, Mr. Whiteside filed a motion for compassionate release with exhibits; on January 7th the Federal Public Defender was appointed to represent him; and, on January 13th an additional exhibit was filed by Mr. Whiteside. (Please refer to attached docket entries.)

I do not mean to suggest that it was improper for Mr. Whiteside to file a motion in North Carolina; only that it would be inappropriate for me to fail to disclose these facts.

Respectfully,

cc:   AUSA Elizabeth Pascal   (via electronic transmission)
      Me. Robert Whiteside

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
## CRIMINAL DOCKET FOR CASE #: 5:15-cr-00126-D-1

Case title: USA v. Whiteside

Date Filed: 04/21/2015
Date Terminated: 06/10/2016

Assigned to: District Judge James C. Dever, III

Appeals court case number: 16-4372 4th Circuit Court of Appeals

## Defendant (1)

**Robert Edward Whiteside**
*TERMINATED: 06/10/2016*

represented by **Devon Donahue**
Federal Public Defender
150 Fayetteville Street
Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 856-4477
Email: devon_donahue@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Richard Croutharmel**
Richard Croutharmel, Attorney at Law
5 W. Hargett Street
Suite 706
Raleigh, NC 27601
919-755-1113
Fax: 919-755-1162
Email: rcroutharmel@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Bart Gilbert**
Federal Public Defender's Office
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
919-630-0286
Email: joseph_gilbert@fd.org
*Designation: Public Defender or Community Defender Appointment*

## Pending Counts

## Disposition

919-856-4530
Fax: 856-4487
Email: barb.kocher@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Assistant US Attorney

**Joshua B. Royster**
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4530
Fax: 919-645-5368
Email: joshua.royster@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Erin C. Blondel**
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4004
Fax: 919-856-4487
Email: erin.blondel@usdoj.gov
ATTORNEY TO BE NOTICED

**Stephen A. West**
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
919-856-4530
Fax: 919-856-4821
Email: steve.west@usdoj.gov
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2021 | 90 | Letter - Exhibit W as to 87 Motion for Compassionate Release - First Step Act filed by Robert Edward Whiteside. (Attachments: # 1 Envelope) (Roy, S.) (Entered: 01/15/2021) |
| 01/12/2021 | 89 | Notice of Attorney Appearance: Richard Croutharmel appearing for Robert Edward Whiteside *First Step Act*. (Croutharmel, Richard) (Entered: 01/12/2021) |
| 01/07/2021 | 88 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Robert Edward Whiteside. Pursuant to 19-SO-3, the Federal Public Defender is appointed as counsel to determine whether the defendant may qualify to seek a reduction of sentence. Signed by District Judge Terrence W. Boyle on 1/25/2019. (Roy, S.) Modified on 1/7/2021 - copy mailed to defendant (Roy, S.). (Entered: 01/07/2021) |
| 01/06/2021 | 87 | Motion for Compassionate Release - First Step Act filed by Robert Edward Whiteside as to Robert Edward Whiteside. (Attachments: # 1 Cover Letter, # 2 Defendants Contact Information, # 3 Exhibit Cover Letter, # 4 Exhibit Index, # 5 Brief Cover Letter, # 6 Exhibit M - Discover Magazine Article, # 7 Exhibit N - New York Times News Article, # 8 Exhibit P - Crohn's Disease Information, # 9 Exhibit Q - Pfizer Vaccine Effectiveness, # 10 Exhibit R - PTSD Associated Press Article, # 11 Exhibit S - 12/16/20 and 12/17/20 Fort |

| | | |
|---|---|---|
| | | Dix Events, # 12 Exhibit T - Rehabilitative and Restorative Justice, # 13 Exhibit U - Sentencing Computation Data, # 14 Exhibit V - Sentencing Justice, # 15 Exhibit W - BOP Compassionate Release Request, # 16 Exhibit X - BOP Medical Duty Status, # 17 Exhibit Y - BOP Risk Scoring Worksheet, # 18 Exhibit Z - Individualized Re-Entry Plan, # 19 Envelope) (Roy, S.) (Entered: 01/07/2021) |
| 08/05/2019 | 86 | ORDER granting 85 Motion for leave to destroy items seized from defendant filed by USA as to Robert Edward Whiteside (1). Signed by District Judge James C. Dever III on 8/5/2019. (Jenkins, C.) (Entered: 08/05/2019) |
| 06/19/2019 | | Motion Submitted to District Judge James C. Dever III as to Robert Edward Whiteside regarding 85 MOTION leave to destroy items seized from defendant. (Jenkins, C.) (Entered: 06/19/2019) |
| 06/13/2019 | 85 | MOTION leave to destroy items seized from defendant filed by USA as to Robert Edward Whiteside. (Attachments: # 1 Exhibit List of Items in Evidence, # 2 Text of Proposed Order Granting leave to destroy items in evidence) (Kocher, Barbara) (Entered: 06/13/2019) |
| 10/19/2017 | 84 | US Marshal Return of Service on Notice to be Posted on Property: 2009 Victory Motorcycle, 2011 Beti Trailer, and 2008 Tilt-Bed Load Trailer - returned unexecuted as to Robert Edward Whiteside per withdrawal of writ. (Jenkins, C.) (Entered: 10/19/2017) |
| 10/03/2017 | 83 | WITHDRAWAL OF WRIT OF EXECUTION as to Robert Edward Whiteside regarding 75 Writ of Execution. Signed by Peter A. Moore, Jr., Clerk of Court on 10/3/2017. (Jenkins, C.) (Entered: 10/03/2017) |
| 10/03/2017 | | Remark: 82 Withdrawal of Writ by USA referred to Peter A. Moore, Jr., Clerk of Court. (Jenkins, C.) (Entered: 10/03/2017) |
| 10/03/2017 | 82 | Notice filed by USA as to Robert Edward Whiteside regarding 75 Writ Issued, 72 APPLICATION for Writ of Execution by USA as to Robert Edward Whiteside. *Notice of Withdrawal of Writ* (Attachments: # 1 Withdrawal of Writ to be issued) (Royster, Joshua) (Entered: 10/03/2017) |
| 05/09/2017 | 81 | ORDER denying 78 Motion for Hearing as to Robert Edward Whiteside (1). Signed by Chief Judge James C. Dever III on 5/8/2017. Copy mailed to defendant. (Jenkins, C.) (Entered: 05/09/2017) |
| 04/04/2017 | | Motion Submitted to Chief Judge James C. Dever III as to Robert Edward Whiteside regarding: 78 MOTION for Hearing, and 80 RESPONSE in Opposition by USA. (Jenkins, C.) (Entered: 04/04/2017) |
| 04/04/2017 | 80 | RESPONSE in Opposition by USA as to Robert Edward Whiteside regarding 78 MOTION for Hearing filed by USA as to Robert Edward Whiteside. (Royster, Joshua) (Entered: 04/04/2017) |
| 04/04/2017 | 79 | ORDER as to Robert Edward Whiteside regarding 78 MOTION for Hearing filed by Robert Edward Whiteside. Not later than April 18, 2017, the government shall file a response to Robert Edward Whiteside's motion for a hearing. Signed by Chief Judge James C. Dever III on 4/4/2017. Copy mailed to defendant. (Jenkins, C.) (Entered: 04/04/2017) |
| 03/23/2017 | | Motion Submitted to Chief Judge James C. Dever III as to Robert Edward Whiteside regarding: 78 MOTION for Hearing. (Jenkins, C.) (Entered: 03/23/2017) |
| 03/02/2017 | 78 | MOTION for Hearing regarding 75 Writ of Execution filed by Robert Edward Whiteside. (Attachments: # 1 Envelope) (Jenkins, C.) (Entered: 03/02/2017) |
| 03/02/2017 | 77 | MANDATE of US Court of Appeals as to Robert Edward Whiteside regarding 64 Notice |