**LAW OFFICE OF GILBERT J. SCUTTI**
31 Station Avenue
Somerdale, NJ 08083
gjsesq@gmail.com

| | |
|---|---|
| **Member of New Jersey (No. 039441990)** | **Ph/Fax: (856) 751-5300** |
| **& Pennsylvania Bar (No. 10037)** | **Cell:    (609) 870-5427** |

January 27, 2021                                                                                  via electronic transmission

Honorable Noel L. Hillman
United States District Judge
4th & Cooper Sts.
Camden, NJ

      Re:    Whiteside v. Fort Dix, Civil No. 20-5544 (NLH)

Dear Judge Hillman:

On January 11, 2021, Your Honor appointed me to represent Robert Whiteside in the above-captioned habeas case.

On January 12, 2021, I wrote to Mr. Whiteside to introduce myself and invite him to correspond with me by mail or via CorrLinks.

On January 15, 2021, I wrote to Mr. Whiteside, outlining issues that I believed needed to be addressed.

On January 19, 2021, I mailed Mr. Whiteside a copy of the letter I sent to Your Honor.

Mr. Whiteside's recent filings (docket numbers 36 and 37), wherein he states, among other things, that the Court never granted his request for appointed counsel, suggest that my letters have fallen between the cracks. Accordingly, I respectfully request that the time to supplement (if appropriate) the habeas petition be extended from February 1 to February 12, 2021.

Respectfully,

s/s Gilbert J. Scutti
cc:    AUSA Elizabeth Pascal   (via electronic transmission)
       Me. Robert Whiteside